O'NEAL v. INLINE FLUID POWER, INC.

[368 N.C. 817 (2016)]

| | | |
|---|---|---|
| RICHARD O'NEAL, EMPLOYEE | ) ) ) | |
| v. | ) ) | |
| INLINE FLUID POWER, INC. & AUTOMOTIVE PARTS CO., INC., EMPLOYER | ) ) ) | N.C. INDUSTRIAL COMMISSION |
| AND | ) ) ) | |
| AUTO OWNERS INSURANCE COMPANY, CARRIER | ) ) ) | |

No. 261PA15

ORDER

Upon consideration of the Plaintiff's Petition for Discretionary Review, the Plaintiff's Petition for Discretionary Review is allowed as to issue number two only. The petition is denied as to any remaining issues. Further, Plaintiff's Motion to Amend Petition for Discretionary Review is allowed; Plaintiff's Motion to Strike Response to Motion to Amend Petition for Discretionary Review is denied.

By order of this Court in Conference, this 13th day of April, 2016.

s/Ervin, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 15th day of April, 2016.

CHRISTIE S. CAMERON ROEDER
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk